**BURFORD'S TREES, INC., Petitioner,**

v.

**U.S. DEPARTMENT OF LABOR, Respondent.**

No. 10–10266

United States Court of Appeals, Eleventh Circuit.

Feb. 9, 2011.

James L. Stine, Elizabeth K. Dorminey, Wimberly, Lawson, Steckel, Nelson & Schneider, P.C., Atlanta, GA, for Petitioner.

Edmund C. Baird, Hilda Solis, USDOL, Office of the Solicitor, Washington, DC, Theresa Ball, Office of the Solicitor, USDOL, Nashville, TN, for Respondent.

Before BLACK, HULL and KRAVITCH, Circuit Judges.

PER CURIAM:

After reviewing the record, the parties' briefs, and having had the benefit of oral argument, we find no reversible error.

**AFFIRMED.**